

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00012-CV
_____

MARGARET KINSELLA, INDIVIDUALLY AND
D/B/A THE EMERALD RESTAURANT, APPELLANT

V.

KENT SPORTS HOLDINGS, L.P., APPELLEE

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-19-004937; Honorable Todd T. Wong, Presiding

April 15, 2021

## ORDER OF ABATEMENT

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Pending before this court is the parties' *Joint Motion to Continue the Briefing Schedule*, requesting that we extend the appellate briefing deadlines by ninety days to allow the parties to continue settlement discussions. In the interest of conservation of judicial resources, we abate the appeal, sua sponte, until July 12, 2021. All appellate deadlines, including the pending deadline to file Appellant's brief, are suspended. The

case will be removed from our active docket and treated as a suspended case until July 12, 2021, when the case will be reinstated.  *See* TEX. R. APP. P. 2, 43.6; *Mesa Water, L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2-3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam).

If any development arises that might cause the court to reinstate the case prior to the July 12, 2021 reinstatement date, the parties are directed to immediately advise the court of the development.  On reinstatement of the case, the court will entertain a motion to further abate the appeal should it become necessary.

It is so ordered.

Per Curiam